This is an appeal from the order of the trial court remanding appellant to the custody of the arresting officer to answer a charge of robbery by firearms in the State of Oklahoma.

We have examined the record and fail to find any irregularities therein.

It appears that appellant sued out this writ under the theory that there were pending in this state accusations against her which precluded her extradition. Upon the hearing, it was made to appear that all such claimed accusations had been dismissed and were no longer pending against her.

No reversible error appearing, the judgment is affirmed.

Opinion approved by the court.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

Jerry JENKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27319.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The former opinion in this case is withdrawn.

Since the filing of his motion for rehearing appellant has presented his personal affidavit wherein he moves to dismiss his appeal.

The motion is granted, the affirmance is set aside, and the appeal is now dismissed.